UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PRESIDENTIAL CANDIDATE NUMBER P60005535, *et al.*,[1] | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:25-cv-00191-ACL |
| ERIN BURNETT, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

Self-represented Plaintiff Ronald Satish Emrit, also known as Presidential Candidate Number P60005535, brings this civil action against sixteen national and international media and political defendants, seeking equitable relief. ECF No. 1. Along with Plaintiff's Complaint, he filed a motion for leave to proceed *in forma pauperis*, or without prepayment of the required filing fees and costs. ECF No. 2. However, about a month after filing this case in this Court, and before the Court had taken any action or made any ruling, Plaintiff filed a notice of appeal with the Eighth Circuit Court of Appeals in this matter. ECF No. 6.

Having reviewed the motion to proceed *in forma pauperis* and the financial information submitted in support, the Court will grant the motion and waive the filing fee. *See* 28 U.S.C. § 1915(a)(1). Once the appellate court has ruled Plaintiff's pending notice of appeal, the Court will review Plaintiff's pleadings under 28 U.S.C. § 1915, if needed, as required for any plaintiff proceeding *in forma pauperis* in this Court. *See* 28 U.S.C. § 1915(e)(2)(B).

---

[1] Plaintiff Emrit lists another plaintiff in the caption: "Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America." ECF No. 1 at 1. However, artificial entities may only appear in court through licensed counsel. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993). Further, the entity is not mentioned elsewhere in the Complaint, and there is no explanation of its connection to the case.

- 2 -

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **GRANTED** and the filing fee is waived.  *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Court shall review this action pursuant to 28 U.S.C. §1915, if needed, once the Eighth Circuit Court has ruled the pending notice of appeal.

Dated this 5th day of January, 2026.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE